# EXHIBIT A

## ROSA ILARRAZA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bug A Boo | The Writing's on the Wall | 268-936 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| UMG Recordings, Inc. | DMX | Don't You Ever | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | Nelly | St. Louie | Country Grammar | 281-782 |