UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

Plaintiffs,

v.

ROSA ILARRAZA,

Defendant.

Case No.: 1:06-cv-00125-ML-LDA

**REQUEST TO ENTER DEFAULT;**

**DECLARATION OF JAMES E. O'NEIL IN SUPPORT THEREOF**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of James E. O'Neil ¶ 6.

Plaintiffs served the Summons and Complaint on Defendant on May 2, 2006, by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

By: ______________________________

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ARISTA RECORDS LLC; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 20th day of July, 2006 I mailed a true and accurate copy of the within Request to Enter Default first class, postage prepaid and certified mail to

Ms. Rosa Ilarraza
11 Woodbine St. Apt 2
Pawtucket, RI 02860

______________________________
James E. O'Neil, Esq.

# DECLARATION OF JAMES E. O'NEIL

I, James E. O'Neil, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Rhode Island and this United States District Court. I am an attorney in the law firm of James E. O'Neil, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On March 17, 2006, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on May 2, 2006, by personal service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7. I am informed and believe that a search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. I am informed and believe the search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2006 at North Kingstown R.I.

JAMES E. O'NEIL