UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

Plaintiffs,

v.

ROSA ILARRAZA,

Defendant.

Case No.: 1:06-cv-00125-ML-LDA

**NOTICE OF ENTRY OF DEFAULT BY CLERK**

TO DEFENDANT:

PLEASE TAKE NOTICE that, on July 24, 2006, the Clerk of the Court entered the default of Defendant. A copy of the Default By Clerk is attached hereto as Exhibit A, and incorporated herein by this reference.

By: ______________________
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ARISTA RECORDS LLC; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 31 day of July, 2006 I mailed a true and accurate copy of the within Notice of Entry of Default by Clerk first class, postage prepaid and certified mail to:

Ms. Rosa Ilarraza
11 Woodbine St. Apt 2
Pawtucket, RI 02860.

James E. O'Neil, Esq.