# EXHIBIT A.

# DEFAULT BY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

Plaintiffs,

v.

ROSA ILARRAZA,

Defendant.

Case No.: 1:06-cv-00125-ML-LDA

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Rosa Ilarraza, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Rosa Ilarraza has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Rosa Ilarraza hereby is entered.

DATED: 7-24-06

By: ______________________
Deputy Clerk

DAVID A. DIMARZIO