# DECLARATION OF JAMES E. O'NEIL

I, James E. O'Neil, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Rhode Island and this United States District Court. I am an attorney in the law firm of James E. O'Neil, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On March 17, 2006, Plaintiffs filed the Complaint. See Docket Entry No. 1.

3. On July 24, 2006, the Clerk of this Court entered the default of Defendant (See Exhibit A. Default by Clerk A Copy of Which is Appended Hereto and Incorporated by Reference Herein).

4. Defendant has not appeared in this action.

5. A true and accurate copy of Plaintiff's Application for Entry of Default Judgment by the Court was mailed via certified mail return receipt requested as well as first class postage prepaid to the Defendant at 11 Woodbine St. Apt 2, Pawtucket, RI 02860 (See Exhibit B Certified Mail Return Receipt a Copy of Which is Appended Hereto and Incorporated by Reference Herein

6. I am informed and believe that Defendant is not an infant or incompetent person and, after consulting available public databases, is not in the military service.

7. Plaintiffs have incurred costs in this case in the amount of $320.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/31/06 at North Kingstown, R.I.

JAMES E. O'NEIL