# EXHIBIT B.

## CERTIFIED MAIL RECEIPT

.S. Postal Service™
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

r delivery information visit our website at www.usps.com

OFFICIAL USE

PAWTUCKET, RI 02860

| | | |
|---|---|---|
| Postage | $ 1.11 | UNIT ID: 0874 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: FC11VB |
| Total Postage & Fees | $ 5.36 | 07/31/06 |

SAUNDERSTOWN RI 02874 JUL 31 2006 USPS

To: ROSA Ilarraza

Street, Apt. No.; or PO Box No. 11 WOOD B, N ST APT 2

City, State, ZIP+4 Pawtucket RI 02860

PS Form 3800, June 2002 See Reverse for Instructions

7002 0860 0006 1624 1147